139 So.2d 346

**J. L. SMITH, d/b/a Smith Motor Co.**

**v.**

**Billy Gene SMITH, pro aml.**

**4 Div. 105.**

Supreme Court of Alabama.

March 22, 1962.

Lee & McInish, Dothan, for petitioner.

J. Hubert Farmer, Dothan, opposed.

**LIVINGSTON, Chief Justice.**

The petition for certiorari to the Court of Appeals must be stricken because it is not on transcript paper. Supreme Court Rule 32, Revised Rules of Practice in the Supreme Court, 1955 Cum.Pocket Part to Vol. 7 Appendix, Code of 1940, p. 233, 261 Ala. XXXI, Latham v. State, 262 Ala. 108, 77 So.2d 502; Ex parte John Davis, 269 Ala. 58, 59, 110 So.2d 306.

Petition for writ of certiorari stricken.

LAWSON, MERRILL and COLEMAN, JJ., concur.